EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Alberto Juan Morales Steinmann | 2006 TSPR 72<br><br>167 DPR _____ |

Número del Caso: TS-6564


Fecha: 1 de mayo de 2006


Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcda. José M. Montalvo Trías
Director Ejecutivo


Oficina del Procurador General:

Lcda. Noemí Rivera De León
Procuradora General Auxiliar


Materia: Solicitud de Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Alberto Juan Morales Steinmann

TS-6564

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de mayo de 2006.

Examinadas la moción del licenciado Alberto Juan Morales Steinmann solicitando readmisión, la *Moción en contestación a la resolución* y la *Moción en contestación a la solicitud de readmisión* del Colegio de Abogados de Puerto Rico, y la *Moción en cumplimiento de orden* de la Oficina del Procurador General de Puerto Rico, se reinstala al licenciado Morales Steinmann al ejercicio de la profesión y se le ordena pagar al Colegio de Abogados y Abogadas de Puerto Rico $175.00 por concepto de cuota de colegiación que dejó pendiente al darse de baja en 1995. Se le apercibe que el incumplimiento de esta orden podría dar lugar a sanciones disciplinarias.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo